The State, ex rel. Craig et al., *v.* Board of Elections of Muskingum County.

(No. 74-902—Decided October 11, 1974.)

*Messrs. Gottlieb, Johnston, Beam & Joseph,* for relators.

Mr. *Richard E. Bridwell,* prosecuting attorney, for respondent Board of Elections.

*Messrs. Stubbins, Levion & Phillips, Messrs. Lucas, Prendergast, Albright, Gibson, Brown & Newman* and *Mr. Rankin M. Gibson,* for intervenors.

*Per Curiam.* Relators seek to prevent the respondent board of elections from submitting a referendum to the electorate on a zoning ordinance. Respondent's proposed action is at the direction of a writ of mandamus issued by a court of competent jurisdiction. Thus, upon the basis of *State, ex rel. Flannery,* v. *Sidwell* (1970), 24 Ohio St. 2d 74, a writ of prohibition is not appropriate in this case.

*Writ denied.*

O'Neill, C. J., Herbert, Corrigan, Stern, Celebrezze, W. Brown and P. Brown, JJ., concur.